IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DONALD H., | : |
| | : Case No. 2:22-cv-2478 |
| Plaintiff, | : |
| | : Chief Judge Algenon L. Marbley |
| v. | : |
| | : Magistrate Judge Chelsey M. Vascura |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| | : |
| | : |
| Defendant. | : |

## ORDER

This matter is before this Court on the parties' Joint Motion for Attorneys Fees (ECF No. 18). Due notice having been given, and the Court being fully advised,

**IT IS THEREFORE ORDERED THAT:**

1. The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act ("EAJA") is accepted and the Commissioner shall pay Plaintiff's attorney fees in the amount of $5,675.00 and costs in the amount of $00.00, for a total of $5,675.00;

2. Counsel for the parties shall verify whether Plaintiff owes a preexisting debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff and counsel; and

3. The case remains terminated on the docket of this Court.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
CHIEF UNITED STATE DISTRICT JUDGE

DATED: July 10, 2023